UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Crim. No. 05-165(JR) |
| : | |
| **DARRYL M. WOODFORK,** : | |
| **Defendant** : | |

**NOTICE OF APPEARANCE**

TO the clerk of this court and all parties of record:

You are hereby notified that I appear for the defendant indicated above in the entitled action pursuant to appointment under the Criminal Justice Act.

                                                               Respectfully submitted,

                                                              _____
                                                               Mitchell M. Seltzer
                                                               Bar #261933
                                                               Counsel for Darryl M. Woodfork
                                                               601 Indiana Ave., N.W. #500
                                                               Washington, D.C. 20004
                                                               (202) 347-2333

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE has been served electronically and by facsimile transmission upon A.U.S.A. Michael D. Brittin, 555 4th Street, NW, Washington, DC 20530 record, this __27th__ day of May, 2005.

                                                                _____